(121 So. 916)

### Ethel EVANS v. Lavonia GLASPY. (7 Div. 812.)

Supreme Court of Alabama. March 21, 1929.

Chas. J. Scott, of Ft. Payne, for appellant.
C. A. Wolfes, of Ft. Payne, for appellee.

FOSTER, J. Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(122 So. 917)

### EXCHANGE DRUG CO. v. STATE TAX COMMISSION. (3 Div. 889.)

Supreme Court of Alabama. May 9, 1929.

R. P. Evans, of Birmingham, for appellant.
Hill, Hill, Whiting, Thomas & Rives, of Montgomery, for appellee.

PER CURIAM. Decree affirmed, on the authority of Exchange Drug Company v. State Tax Commission (Ala. Sup.) 117 So. 673.

SAYRE, THOMAS, BOULDIN, and BROWN, JJ., concur.

(121 So. 916)

### Garland GARRETT v. Ella BARGANIER et al. (3 Div. 875.)

Supreme Court of Alabama. April 11, 1929.

PER CURIAM. Appeal dismissed by agreement.

(122 So. 918)

### GENERAL MOTORS ACCEPTANCE CORP. v. STATE. (6 Div. 149.)

Supreme Court of Alabama. May 9, 1929.

Rehearing Denied June 27, 1929.

See, also, 217 Ala. 571, 117 So. 181.

London, Yancey & Brower and Al. G. Rives, all of Birmingham, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAYRE, J. Affirmed.

ANDERSON, C. J., and THOMAS and FOSTER, JJ., concur.

(122 So. 918)

### GENERAL MOTORS ACCEPTANCE CORP. v. STATE ex rel., etc. (8 Div. 45.)

Supreme Court of Alabama. May 9, 1929.

Almon & Almon, of Decatur, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAYRE, J. Affirmed.

ANDERSON, C. J., and THOMAS and FOSTER, JJ., concur.

(122 So. 918)

### Lena GILES et al. v. W. M. McCULLOUGH et al. (3 Div. 894.)

Supreme Court of Alabama. May 9, 1929.

PER CURIAM. Appeal dismissed.

(122 So. 918)

### James GOLSON v. STATE. (6 Div. 394.)

Supreme Court of Alabama. May 9, 1929.

ANDERSON, C. J. There is no bill of exceptions in this case, and, no error appearing upon the record proper, the judgment of the circuit court is affirmed.

SAYRE, THOMAS, and FOSTER, JJ., concur.